UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| MONICA CHRETIEN | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 2:12-cv-00212-NT |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE RECOMMENDED DECISION
ON MOTION TO REMAND**

The United States Magistrate Judge filed with the Court on March 15, 2013, his Recommended Decision on Motion to Remand (ECF No. 18). No objections were filed.

I have reviewed and considered the Recommended Decision on Motion to Remand. The Magistrate Judge's decision is neither clearly erroneous nor contrary to law, Fed. R. Civ. P. 72(a).

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Plaintiff's Motion to Remand (ECF No. 12) is <u>DENIED</u>

3. Further, the Commissioner's request to schedule oral argument during June 2013 on Plaintiff's statement of errors (ECF no. 13) is

GRANTED, and the Commissioner is allowed three weeks to move for remand, if needed.

SO ORDERED.

Dated this 8th day of April, 2013.

/s/ Nancy Torresen
NANCY TORRESEN
UNITED STATES DISTRICT JUDGE