# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MONICA CHRETIEN )<br>  )<br>   Plaintiff, )<br>  )<br>   v. )<br>  )<br> CAROLYN W. COLVIN, Acting )<br> Commissioner of Social Security, )<br>  )<br>   Defendant. ) | Civil No. 2:12-cv-00212-NT |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision on Plaintiff's Motion for Attorney Fees filed August 30, 2013, the Recommended Decision is affirmed.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Plaintiff's Motion for Attorney Fees be GRANTED IN PART to award a total of $2,845.24 in EAJA fees,.

SO ORDERED.

<u>/s/ Nancy Torresen</u>
NANCY TORRESEN
UNITED STATES DISTRICT JUDGE

Dated this 1st day of October, 2013.